# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16-cv-108

| | |
|---|---|
| OSCAR LUNA-DUARTE, FERNANDO GOMEZ-HERNANDEZ, LUIS ALVARADO-MONROY, <br><br> Plaintiffs, <br><br> vs. <br><br> DANIEL P. MEJIA and MEJIA PRODUCE, LLC, a North Carolina Limited Liability Company, MEJIA PRODUCE, LLC, a Georgia Limited Liability Company, and MEJIA PRODUCE, LLC, a Florida Limited Liability Company, <br><br> Defendants, | ORDER |

**THIS MATTER** is before the Court on Caroline S. DiMaio's Application for Admission to Practice *Pro Hac Vice* of Dawson McKinnon Morton. It appearing that Dawson McKinnon Morton is a member in good standing with the Georgia State Bar and will be appearing with Caroline S. DiMaio, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

# ORDER

**IT IS, THEREFORE, ORDERED** that Caroline S. DiMaio's Application for Admission to Practice Pro Hac Vice (#8) of Dawson McKinnon Morton is **GRANTED**, and that Dawson McKinnon Morton is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Caroline S. DiMaio.

Signed: April 28, 2016

Dennis L. Howell
United States Magistrate Judge