# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16cv108

| OSCAR LUNA-DUARTE, et al., | ) |  |
|---|---|---|
|  | ) |  |
| **Plaintiffs,** | ) |  |
| v. | ) | **ORDER** |
| DANIEL P. MEJIA, et al., | ) |  |
|  | ) |  |
| **Defendants.** | ) |  |

Pending before the Court is the Motion for Extension of Time to Answer [# 22]. Plaintiffs filed their Complaint on April 24, 2016. Defendants now seek a fourth extension of time to Answer the Complaint. Previously, the Court warned the parties that it would not continue granting these extensions of time. In granting the third extension of time, the Court instructed the parties that "Absent compelling circumstances, no further extensions of time shall be granted." (Order, Oct. 12, 2016, ECF No. 21.) Defendant, however, failed to set forth compelling circumstances to grant a fourth extension of time. Accordingly, the Court **DENIES** the motion [# 22]. Defendants shall have until November 19, 2016, to file their Answer.

Signed: November 15, 2016

*Dennis L. Howell* (signature)

Dennis L. Howell
United States Magistrate Judge